**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

G-2000, INC.,

           Plaintiff,

v.                                Case No. 07-14785
                                HON. MARIANNE O. BATTANI

GUS DABRINGHAUS,

           Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S MOTION TO STRIKE

Before the Court is Plaintiff's Motion for Summary Judgment (Doc. #12) and Plaintiff's

Motion to Strike (Doc. #16). For the reasons stated at a hearing held on June 20th, 2008, the

Court hereby **GRANTS** Plaintiff's Motion for Summary Judgment and **GRANTS** Plaintiff's

Motion to Strike. **IT IS ORDERED** that a monetary judgment in the amount of $198,307.78 is

awarded to Plaintiff. **IT IS FURTHER ORDERED** that Defendant may submit a detailed

affidavit within 10 days of the entry of this order challenging the amount of Plaintiff's judgment.

A hearing on the challenge shall be heard at 2:30pm on July 10th, 2008.

      **IT IS SO ORDERED.**

                              s/Marianne O. Battani
                              MARIANNE O. BATTANI
                              UNITED STATES DISTRICT JUDGE

DATED: June 24, 2008

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon counsel of record on this date by ordinary mail andor electronic filing.

<u>s/Bernadette M. Thebolt</u>
DEPUTY CLERK